THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McDONALD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH L. ROSENBERG, Appellant, v. LOUIS S. LEVY and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. The record presents no issues of fact requiring a trial. In so far as the order of the surrogate attempted to alter the contract relations of the parties hereto, such provisions were beyond the power of the surrogate and must be disregarded. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARMELA AMMIRATI and ELSA FURMAN, as Administratrices, etc., of JOHN DURSO, Deceased, Respondents, v. SUBURBAN FUEL OIL SERVICE, INC., and Others, Appellants, and LEO TRIDENTI and Another, Intervenors, Defendants.— Interlocutory judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), as Substituted Trustee under the Last Will and Testament of WILLIAM W. McLAUGHLIN, Deceased, Respondent, v. SOTIRIS DANAS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACK L. STULSAFT, Appellant, v. MERCER TUBE & MANUFACTURING COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY PILSNER, Appellant.— Judgment unanimously reversed, information dismissed and fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KARL KOCH ERECTING Co., INC., Respondent, v. SCHACHT STEEL CONSTRUCTION, INC., and Another, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DONALD COULAHAN, an Infant, by WILLIAM COULAHAN, His Guardian ad Litem, and WILLIAM COULAHAN, Appellants, v. P. BALLANTINE AND SONS and JOHN E. GOGGIN, Respondents.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict in favor of the infant plaintiff is inadequate. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.